**Joseph Lee RICHARD, alias Buster Lee Richard, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 29931.**

Court of Criminal Appeals of Texas.
June 11, 1958.

Rehearing Denied Oct. 22, 1958.

————◆————

H. P. Robichau, Jr., Beaumont, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for the offense of felony theft; the punishment, 10 years.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, Vernon's Ann.C.C.P.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

On Motion for Rehearing

BELCHER, Commissioner.

Appellant insists that through no fault on his part he had been deprived of his right to give notice of appeal.

The record shows that the jury's verdict was returned and the judgment entered on December 3, 1957; and sentence was pronounced on January 3, 1958. The term of court at which conviction was had expired on January 6, 1958. Notice of appeal was given and entered of record on May 6, 1958.

The notice of appeal given after the expiration of the term on January 6 under the record presented came too late to confer jurisdiction on this court. Art. 826, Vernon's Ann.C.C.P.; Harlan v. State, Tex.Cr.App., 310 S.W.2d 78.

The motion for rehearing is overruled.

Opinion approved by the court.